**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALICE CONWAY POWERS, SB# 194508
 E-Mail: powers@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Cross-Defendants MTO SHAHMAGHSOUDI and NADER ANGHA, Specially Appearing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KAMRAN AZIZI, HEDIYEH SHOAR AZIZI,<br><br>Plaintiffs,<br><br>vs.<br><br>MAKTAB TARIGHAT OVEYSSI SHAHMAGHSOUDI ("MTO"), a California non-profit corporation, NADER ANGHA, in his official capacity and doing business as MAKTAB TARIGHAT OVEYSSI SHAHMAGHSOUDI ("MTO"), a California non-profit corporation, and in his individual capacity, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:12-cv-04783-NC<br><br>**JOINT STIPULATION TO REMAND TO STATE COURT** AND ORDER THEREON |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION, AND THE CLERK OF THE COURT:**

Plaintiffs KAMRAN AZIZI and HEDIYEH SHOAR AZIZI ("Plaintiffs") and Defendant MAKTAB TARIGHAT OVEYSSI SHAHMAGHSOUDI and specially appearing Defendant NADER ANGHA ("Defendants") (collectively, the "Parties), by and through their respective attorneys of records, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the instant action against Defendants in the Contra Costa

County Superior Court, Case No. MSC12-00365 on February 9, 2012.

WHEREAS, Defendant MTO alleged it was improperly served with Plaintiffs' complaint and filed a motion to quash in the state court.

WHEREAS, the state court issued an order on the motion to quash on August 13, 2012, but neglected to serve it on counsel for Defendant MTO. Counsel for Defendant MTO saw reference to an order on the Court's website on September 10, 2012, and caused a messenger service to obtain a copy of the order, and reviewed it for the first time on September 11, 2012.

WHEREAS, Defendant MTO filed a Notice of Removal on September 12, 2012 based on federal question jurisdiction given Plaintiffs' claim for violation of the Fair Labor Standards Act. The action was assigned to the Honorable Magistrate Judge Nathanael M. Cousins in the Federal District Court for the Northern District of California in Oakland.

IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendants, that this action shall be, and hereby is immediately remanded to the Contra Costa Superior Court, the court in which it was originally filed and from which it was removed.

DATED: September 28, 2012         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  BY: _____
                                  Alice Conway Powers
                                  Attorneys for Cross-Defendants MTO
                                  SHAHMAGHSOUDI and NADER ANGHA,
                                  Specially Appearing

DATED: September 28, 2012         LAW OFFICES OF JAMES OTTO

                                  BY: *James A. Otto*
                                  James Otto
                                  Attorneys for Plaintiffs KAMRAN AZIZI and
                                  HEDIYEH SHOAR AZIZI

4833-7828-0977.1                         2
JOINT STIPULATION TO REMAND TO STATE COURT

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

This case is REMANDED to the Superior Court of California, County of Contra Costa, Case No. MSC12-00365. The Clerk shall sent a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of Contra Costa.

Dated: September 28, 2012      By: _____

UNITED STATES MAGISTRATE JUDGE